**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

|  |  |
|---|---|
| **JOSEPH R. TOMELLERI,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:14-CV-02113-JAR |
| ) | |
| **MEDL MOBILE, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**MEMORANDUM AND ORDER**

Before the Court is Plaintiff Joseph R. Tomelleri's Motion for Extension of Time to File Responsive Pleading (Doc. 41). Plaintiff asks for additional time to respond to *pro se* Defendant Jason Siniscalchi's motion to dismiss for lack of personal jurisdiction. Defendant Siniscalchi has not responded to Plaintiff's motion for extension within the fourteen-day time period allotted by D. Kan. R. 6.1(d)(1).[1] The Court, therefore, will consider the motion as an uncontested motion under D. Kan. R. 7.4(b).[2]

Plaintiff requests that he be allowed to respond to Defendant Siniscalchi's motion to dismiss after the Court issues a ruling on Defendant MEDL Mobile, Inc's pending Renewed Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 36). In light of the unopposed nature of Plaintiff's motion, the Court finds that a stay is warranted and grants the motion for extension

---

[1] D. Kan. R. 6.1(d)(1) ("Responses to non-dispositive motions . . . must be filed and served within 14 days.").

[2] *See* D. Kan. R. 7.4(b) ("If a responsive brief or memorandum is not filed within the Rule 6.1(d) time requirements, the court will consider and decide the motion as an uncontested motion. Ordinarily, the court will grant the motion without further notice.").

of time.  Plaintiff shall respond to Defendant Siniscalchi's motion to dismiss for lack of personal jurisdiction within twenty-one (21) days of this Court's order on Defendant MEDL Mobile, Inc's pending Renewed Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 36).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Extension of Time to File Responsive Pleading (Doc. 41) is **granted.**  Plaintiff shall respond to Defendant Siniscalchi's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 37) within twenty-one (21) days of this Court's order on Defendant MEDL Mobile, Inc's pending Renewed Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 36).

**IT IS SO ORDERED.**

Dated: <u>January 20, 2015</u>

 S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE