### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JOSEPH R. TOMELLERI,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 14-2113-JAR |
| ) | |
| **MEDL MOBILE, INC., et al.,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

### ORDER FOR ADDITIONAL BRIEFING

The Court would like additional briefing as to whether this case could be transferred to the Central District of California—particularly whether that district has personal jurisdiction over each Defendant and whether this case meets the criteria necessary for transfer. The parties' briefs should be no longer than five (5) pages in length. There will be no replies.

**IT IS THEREFORE ORDERED BY THE COURT THAT** Plaintiff's brief is due on or before August 6, 2015.

**IT IS FURTHER ORDERED THAT** each Defendant's response brief is due on or before August 13, 2015. The Clerk's Office is directed to overnight this order to pro se Defendant Siniscalchi.

**IT IS SO ORDERED.**

Dated: July 29, 2015

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE